UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BRENDA AMOS,**

Plaintiff,

v. **No. 4:24-cv-00165-P**

**AMERICAN AIRLINES, INC.,**

Defendant.

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendant's Motion to Dismiss. ECF No. 14. Having reviewed the Motion, the Court determines the Motion should be and hereby is **GRANTED**. Accordingly, the Court **EXTENDS** the deadline for Plaintiff's response to **April 30, 2024**. Defendant shall file a reply brief, if any, within **fourteen days** of the filing of Plaintiff's response.

**SO ORDERED** on this **24th day** of **April 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE